FILED

**MIGUEL SANCEHZ**
**7911 VENTURA CANYON AVE**
**PANORAMA CITY, CA 91402**

2023 JAN 20 PM 1:22

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

**IN PROPRIA PERSONA:**

BY: _____

## IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

CV23-458-AB (AGRx)

| | |
|---|---|
| Tony Kian Djie and Monita Djie, as co-trustee of the Tony and Monita Djie Family Trust dated October 24th 2014 | CASE NO: |
| | **NOTICE OF AND APPLICATION FOR THE REMOVAL OF THE THE UNLAWFUL DETAINER IN STATE COURT ACTION:** |
| **Plaintiff,** | |
| -vs- | **TO THE FEDERAL COURT'S JURISDICTION PURSUANT TO 28 U.S.C. section 1446** |
| Jubilio Escaler, Santa Fe General Construction, Inc. Does 1 to 20 | |
| **Defendant** | |

**TO:**    **Tony Kian Djie and Monita Djie, as co-Trustee of the Tony and Monita Djie Family**

**Trust dated October 24th 2014, And To Any And All Other Interested Parties**

**Please take notice that Defendant and Moving Party, MIGUEL SANCHEZ**

---

NOTICE OF REMOVAL OF STATE COURT ACTION

-1-

REMOVAL

Hereby removes this Court the above-captioned action, which is described further below:

    1. THE PROCEDURAL REQUIREMENTS FOR REMOVAL ARE SATISFIED.

    2. On or about **ABOUT APRIL 18th 2022**, PLAINTIFF.**, caused to file this Unlawful Detainer with the State Court.** [SEE EXHIBIT A]

    3. The conveyance of the Unlawful Detainer followed a procedure that failed to follow the express terms of Defendants' CONTRACT, which were the binding terms that provided for a waiver of due process to execute an **EVICTION** proceedings in the event of an illegal foreclosure.

    4. Even thou this may look like a simple Unlawful Detainer is not. Plaintiff is discriminating against defendant. Not has only Plaintiff been discriminating but together with it's attorney are conspiring facilitating its commission that they have engage in  conduct  which constitutes of such crime. It appears they aid each other planning this Eviction with false accusations.

    5. I have tried with the State court To tell my Story but the Judge has refused to hear my side of the story.

    6. **PLAINTIFF DID NOT ATTACH A MOST CURRENT PROOF OF OWNERSHIP BECAUSE THEY ARE A FRAUD AND ARE NOT THE CURRENT OWNER. [SEE EXHIBIT B]**

---

**NOTICE OF REMOVAL OF STATE COURT ACTION**

### Title 28, Section 1331 Federal Question Jurisdiction

:

Title 28, Section 1331 of the United States Code confers upon federal district courts jurisdiction over "all civil actions arising under the Constitution, laws, or treaties of the United States." Section 1331, which grants what is commonly referred to as federal question jurisdiction, is an all-purpose jurisdictional statute,/15/ available regardless of the defendant's identity and, since 1980, is not limited by any requirement that a minimum dollar amount be in controversy./16/ Section 1331 also confers jurisdiction in actions authorized by 42 U.S.C. § 1983 against defendants acting under color of state law./17/ It is generally available in suits against the federal government and its agencies and in actions against federal officers and employees./18/

**CRIMINAL CONSPIRACY** is defined as an agreement between two or more people to commit a crime or to perpetrate an illegal act. Conspiracy crimes that are federal include conspiracy to violate federal laws. I believe **PLAINTIFF.,** together with their employees are committing Criminal conspiracy.

**Definition of conspiracy.**--A person is guilty of conspiracy with another

Person or persons to commit a crime if with the intent of promoting or

facilitating its commission he: (1) agrees with such other person or persons

that they or one or more of them will engage in conduct which constitutes

such crime or an attempt or solicitation to commit such crime; or (2) agrees

to aid such other person or persons in the planning or commission of such

crime or of an attempt or solicitation to commit such crime.

1  WHEREFORE, Defendants pray that relief be granted by removing the unlawful detainer case to

2  Federal Court where we Defendants' case can be heard.  Defendants also pray that the Court grant

3  a temporary injunction to prevent Plaintiff from evicting Defendants until the case has been heard.

4  Defendants **REQUEST** a jury trial.

5

6

7

8  I declare under penalty of perjury under the laws of the State of California that the

9  foregoing is true and correct and if sworn as a witness I can competently testify to the foregoing of

10  my own knowledge.

11

12

13  Executed on **JANUARY 20th 2023** at  LOS ANGELES, CALIFORNIA.

14

15

16

17

18

19  **MIGUEL SANCHEZ**

20  **Moving Party, In Pro Per:**

21

22

23

24

25

26

27

28

1

## <u>DECLARATION OF PEDRO GARCIA</u>

2

## <u>IN SUPPORT OF MOTION FOR REMOVAL OF ACTION</u>

3

## <u>FROM STATE COURT TO FEDERAL JURISDICTION</u>

4

5

6

7    **I, MIGUEL SANCHEZ,** hereby declare as follows:
I AM the Defendant and **Moving Party** in this action, **I** the **Defendant** in State Court

8
action Case Number: **22VEUD00409.** Attached hereto as **EXHIBIT #A**

9

10

11

12

13    **JANUARY 20ᵗʰ  2023**

14

15                                              _____

16                                              **MIGUEL SANCHEZ**
                                              **Moving Party, In Pro Per:**

17

18

19

20

21

22

23

24

25

26 _____
                        **NOTICE OF REMOVAL OF STATE COURT ACTION**
27

28

# EXHIBIT A

CP10.5

**NOTICE:** EVERYONE WHO LIVES IN THIS RENTAL UNIT MAY BE EVICTED BY COURT ORDER. READ THIS FORM
IF YOU LIVE HERE AND IF YOUR NAME IS NOT ON THE ATTACHED SUMMONS AND COMPLAINT.

1. If you live here and you do not complete and submit this form, you may be evicted without further hearing by the court along with the persons named in the Summons and Complaint.
2. You must file this form within 10 days of the date of service listed in the box on the right hand side of this form.
   - **Exception:** If you are a tenant being evicted after your landlord lost the property to foreclosure, the 10-day deadline does not apply to you and you may file this form at any time before judgment is entered.
3. If you file this form, your claim will be determined in the eviction action against the persons named in the complaint.
4. If you do not file this form, you may be evicted without further hearing.
5. If you are a tenant being evicted due to foreclosure, you have additional rights and should seek legal advice immediately.

| | |
|---|---|
| CLAIMANT OR CLAIMANT'S ATTORNEY *(Name and Address):*    TELEPHONE NO.:<br><br>MIGUEL SANCHEZ<br>7911 VENTURA CANYON<br>PANORAMA CITY  CA 91401<br><br><br>ATTORNEY FOR *(Name):* | *FOR COURT USE ONLY*<br><br>FILED<br>Superior Court of California<br>County of Los Angeles<br><br>12/12/2022<br><br>Sherri R. Carter Executive Officer / Clerk of Court<br><br>By _____ S. Venzant   Deputy |

| |
|---|
| NAME OF COURT: Superior Court of California County of LOS ANGELES |
| STREET ADDRESS: 6230 SYLMAR AVE |
| MAILING ADDRESS: 6230 SYLMAR AVE |
| CITY AND ZIP CODE: VAN NUYS CA 91401 |
| BRANCH NAME: VAN NUYS COURTHOUSE |

Plaintiff: TONY KIAN

Defendant: MIGUEL SANCHEZ

| | |
|---|---|
| **PREJUDGMENT CLAIM OF RIGHT TO POSSESSION** | CASE NUMBER:<br>22VEUD00409 |
| **Complete this form only if ALL of these statements are true:**<br>1. You are NOT named in the accompanying Summons and Complaint.<br>2. You occupied the subject premises on or before the date the unlawful detainer (eviction) complaint was filed. (The date is in the accompanying Summons and Complaint.)<br>3. You still occupy the subject premises. | *(To be completed by the process server)*<br>DATE OF SERVICE:<br>*(Date that form is served or delivered, posted, and mailed by the officer or process server)* |

I DECLARE THE FOLLOWING UNDER PENALTY OF PERJURY:

1. My name is *(specify):* MIGUEL SANCHEZ
2. I reside at *(street address, unit no., city and ZIP code):*
   7911 VENTURA CANYON  PANORAMA CITY  CA 91401

3. The address of "the premises" subject to this claim is *(address):*

   7911 VENTURA CANYON  PANORAMA CITY  CA 91401

4. On *(insert date):* 04/19/2022                 , the landlord or the landlord's authorized agent filed a complaint to recover possession of the premises. *(This date is in the accompanying Summons and Complaint.)*
5. I occupied the premises on the date the complaint was filed *(the date in item 4).* I have continued to occupy the premises ever since.
6. I was at least 18 years of age on the date the complaint was filed *(the date in item 4).*
7. I claim a right to possession of the premises because I occupied the premises on the date the complaint was filed *(the date in item 4).*
8. I was not named in the Summons and Complaint.
9. I understand that if I make this claim of possession, I will be added as a defendant to the unlawful detainer (eviction) action.
10. *(Filing fee)* I understand that I must go to the court and pay a filing fee of   $                              or file with the court an "Application for Waiver of Court Fees and Costs." I understand that if I don't pay the filing fee or file the form for waiver of court fees, I will not be entitled to make a claim of right to possession.

(Continued on reverse)

| | | |
|---|---|---|
| CP10.5 [Rev. June 15, 2015] | **PREJUDGMENT CLAIM OF RIGHT<br>TO POSSESSION** | Code of Civil Procedure, §§ 415.46,<br>715.010, 715.020, 1174.25 |

Electronically FILED by Superior Court of California, County of Los Angeles on 04/19/2022 09:06 AM Sherri R. Carter, Executive Officer/Clerk of Court, by T. Bets,Deputy Clerk
22VEUD00409

# SUMMONS

**SUM-130**

## *(CITACIÓN JUDICIAL)*

### UNLAWFUL DETAINER—EVICTION

### *(RETENCIÓN ILÍCITA DE UN INMUEBLE—DESALOJO)*

**NOTICE TO DEFENDANT:** Jubilio Escalera; Santa Fe General Construction, Inc.;
*(AVISO AL DEMANDADO):* and DOES 1 to 20

| FOR COURT USE ONLY |
| --- |
| *(SOLO PARA USO DE LA CORTE)* |
| **FILED** |
| Superior Court of California |
| County of Los Angeles |
| 04/18/2022 |
| Sherri R. Carter, Executive Officer / Clerk of Court |
| By: _____ A. Salcedo    Deputy |

**YOU ARE BEING SUED BY PLAINTIFF:** Tony Kian Djie and Monita Djie, as co-
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):* Trustees of the Tony and Monita

Djie Family Trust dated October 24, 2014

| | |
| --- | --- |
| NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 5 days. You have 5 DAYS, not counting Saturdays and Sundays and other judicial holidays, after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. | ¡AVISO! Usted ha sido demandado. Si no responde dentro de 5 días, el tribunal puede emitir un fallo en su contra sin una audiencia. Una vez que le entreguen esta citación y papeles legales, solo tiene 5 DÍAS, sin contar sábado y domingo y otros días feriados del tribunal, para presentar una respuesta por escrito en este tribunal y hacer que se entregue una copia al demandante. |
| A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courts.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court. | Una carta o una llamada telefónica no lo protege. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no presenta su respuesta a tiempo, puede perder el caso por falta de comparecencia y se le podrá quitar su sueldo, dinero y bienes sin más advertencia. |
| There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services website (*www.lawhelpca.org*), the California Courts Online Self-Help Center (*www.courts.ca.gov/selfhelp*), or by contacting your local court or county bar association. | Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados local. |
| FEE WAIVER: If you cannot pay the filing fee, ask the clerk for a fee waiver form. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case. | EXENCIÓN DE CUOTAS: Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos con un gravamen sobre cualquier cantidad de $10,000 ó más recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desestimar el caso. |

1. The name and address of the court is: Superior Court of California, County of Los
*(El nombre y dirección de la corte es):* Angeles, Van Nuys Courthouse East

6230 Sylmar Ave.
Van Nuys, California 91401

| CASE NUMBER *(número del caso)*: |
| --- |
| 22VEUD00409 |

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):* John H. Woo, SBN254304
HUNT ORTMANN PALFFY NIEVES DARLING & MAH, INC.
301 North Lake Avenue, 7th Floor, Pasadena, CA 91101-1807
(626) 440-5200

Form Adopted for Mandatory Use
Judicial Council of California
SUM-130 (Rev. January 1 2022)

**SUMMONS—UNLAWFUL DETAINER—EVICTION**

Code of Civil Procedure. §§ 412.20, 415.45, 1167
www.courts.ca.gov

SUM-130

| PLAINTIFF *(Name)* Tony Kian Djie and Monita Djie, as co-Trustees of the Tony and Monita Djie Family Trust dated October 24, 2014 | CASE NUMBER |
|---|---|
| DEFENDANT *(Name)*: Jubilio Escalera; Santa Fe General Construction, Inc. | 22VEUD00409 |

3. *(Must be answered in all cases)* An **unlawful detainer assistant (Bus. & Prof. Code, §§ 6400–6415)** [ X ] did **not** [ ] did for compensation give advice or assistance with this form. *(If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 4 below.)*

4. **Unlawful detainer assistant** *(complete if plaintiff has received any help or advice for pay from an unlawful detainer assistant):*

   a. Assistant's name:

   b. Telephone no.:

   c. Street address, city, and zip:

   d. County of registration:

   e. Registration no.:

   f. Registration expires on *(date)* :

Sherri R. Carter Executive Officer / Clerk of Court

Date: 04/19/2022
*(Fecha)*

Clerk, by _____ T. Bets _____ , Deputy
*(Secretario)*                                            *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons (form POS-010).)*

[SEAL] SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

5. **NOTICE TO THE PERSON SERVED:** You are served
   a. [X] as an individual defendant. SANTA FE GENERAL CONSTRUCTION, INC
   b. [ ] as the person sued under the fictitious name of *(specify)*:
   c. [ ] as an occupant.
   d. [ ] on behalf of *(specify)*:
      under: [ ] CCP 416.10 (corporation).          [ ] CCP 416.60 (minor).
             [ ] CCP 416.20 (defunct corporation).   [ ] CCP 416.70 (conservatee).
             [ ] CCP 416.40 (association or partnership). [ ] CCP 416.90 (authorized person).
             [ ] CCP 415.46 (occupant).              [ ] other *(specify)*:
   e. [X] by personal delivery on *(date)*: 4-20-2022

SUM-130 [Rev. January 1, 2022]        **SUMMONS—UNLAWFUL DETAINER—EVICTION**        Page 2 of 2

22VE#JP00409

Assigned for all purposes to: Van Nuys Courthouse East, Judicial Officer: Jessica Uzcategui
Electronically FILED by Superior Court of California, County of Los Angeles on 04/18/2022 03:17 PM Sherri R. Carter, Executive Officer/Clerk of Court, by A. Salcedo, Deputy Clerk

UD-100

| ATTORNEY OR PARTY WITHOUT ATTORNEY | STATE BAR NUMBER 254304 | FOR COURT USE ONLY |
|---|---|---|
| NAME John H. Woo, Esq. | | |

FIRM NAME HUNT ORTMANN PALFFY NIEVES DARLING & MAH INC.

STREET ADDRESS 301 North Lake Avenue, 7th Floor

CITY Pasadena    STATE CA    ZIP CODE 91101-1807

TELEPHONE NO. (626) 440-5200    FAX NO. (626) 796-0107

EMAIL ADDRESS woo@huntortmann.com

ATTORNEY FOR (name) Tony Djie

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

STREET ADDRESS 6230 Sylmar Ave.

MAILING ADDRESS 6230 Sylmar Ave.

CITY AND ZIP CODE Van Nuys, 91401

BRANCH NAME Van Nuys Courthouse East

FILED
Superior Court of California
County of Los Angeles

04/18/2022

Sherri R. Carter, Executive Officer / Clerk of Court

By: A. Salcedo    Deputy

PLAINTIFF: Tony Kian Djie and Monita Djie, as co-Trustees of the Tony and Monita Djie Family Trust dated October 24, 2014

DEFENDANT: Jubilio Escalera; Santa Fe General Construction, Inc.

[X] DOES 1 TO 20

| COMPLAINT—UNLAWFUL DETAINER* | CASE NUMBER |
|---|---|
| [X] COMPLAINT [ ] AMENDED COMPLAINT (Amendment Number): | |

Jurisdiction (check all that apply):

[X] ACTION IS A LIMITED CIVIL CASE

Amount demanded    [X] does not exceed $10,000.

    [ ] exceeds $10,000 but does not exceed $25,000.

[ ] ACTION IS AN UNLIMITED CIVIL CASE (amount demanded exceeds $25,000)

[ ] ACTION IS RECLASSIFIED by this amended complaint or cross-complaint (check all that apply):

    [ ] from unlawful detainer to general unlimited civil (possession not in issue).    [ ] from limited to unlimited.

    [ ] from unlawful detainer to general limited civil (possession not in issue).    [ ] from unlimited to limited.

1. PLAINTIFF (name each): Tony Kian Djie and Monita Djie, as co-Trustees of the Tony and Monita Djie Family Trust dated October 24, 2014

    alleges causes of action against DEFENDANT (name each): Jubilio Escalera; Santa Fe General Construction, Inc.

2. a. Plaintiff is (1) [X] an individual over the age of 18 years. (4) [ ] a partnership.

            (2) [ ] a public agency. (5) [ ] a corporation.

            (3) [ ] other (specify):

   b. [ ] Plaintiff has complied with the fictitious business name laws and is doing business under the fictitious name of (specify):

3. a. The venue is the court named above because defendant named above is in possession of the premises located at (street address, apt. no., city, zip code, and county): 7911 Ventura Canyon Ave., Panorama City, CA 91402-6310

   b. The premises in 3a are (check one)

     (1) [X] within the city limits of (name of city): Los Angeles

     (2) [ ] within the unincorporated area of (name of county):

   c. The premises in 3a were constructed in (approximate year):

4. Plaintiff's interest in the premises is [X] as owner [ ] other (specify):

5. The true names and capacities of defendants sued as Does are unknown to plaintiff.

* NOTE: Do not use this form for evictions after sale (Code Civ. Proc., § 1161a).

Page 1 of 4

Form Approved for Optional Use
Judicial Council of California
UD-100 [Rev. September 1 2020]

COMPLAINT—UNLAWFUL DETAINER

Civil Code § 1940 et seq.
Code of Civil Procedure §§ 425.12, 1166
www.courts.ca.gov
Westlaw Doc & Form Builder

UD-100

| PLAINTIFF: Tony Kian Djie and Monita Djie, as co-Trustees of the Tony and Monita Djie Family Trust | CASE NUMBER |
|---|---|
| DEFENDANT: Jubilio Escalera; Santa Fe General Construction, Inc. | |

6.  a.  On or about *(date):* 02/08/17

    *defendant (name each):* Santa Fe General Construction, Inc.

    (1)  agreed to rent the premises as a ☐ month-to-month tenancy  ☒ other tenancy *(specify):*Fixed term
    (2)  agreed to pay rent of  $2000               payable  ☒ monthly  ☐ other *(specify frequency):*
    (3)  agreed to pay rent on the  ☒ first of the month  ☐ other day *(specify):*

    b.  This ☒ written  ☐ oral  agreement was made with
    (1)  ☒ plaintiff.          (3)  ☐ plaintiff's predecessor in interest.
    (2)  ☐ plaintiff's agent.  (4)  ☐ Other *(specify):*

    c.  ☒ The defendants not named in item 6a are
    (1)  ☒ subtenants.
    (2)  ☐ assignees.
    (3)  ☒ Other *(specify):* Residing at or using the premises

    d.  ☐ The agreement was later changed as follows *(specify):*

    e.  ☒ A copy of the written agreement, including any addenda or attachments that form the basis of this complaint, is attached and labeled Exhibit 1. *(Required for residential property, unless item 6f is checked. See Code Civ. Proc., § 1166.)*

    f.  ☐ *(For residential property)* A copy of the written agreement is not attached because *(specify reason):*
    (1)  ☐ the written agreement is not in the possession of the landlord or the landlord's employees or agents.
    (2)  ☐ this action is solely for nonpayment of rent (Code Civ. Proc., § 1161(2)).

7.  The tenancy described in 6 *(complete (a) or (b))*

    a.  ☒ is **not** subject to the Tenant Protection Act of 2019 (Civil Code, § 1946.2). The specific subpart supporting why tenancy is exempt is *(specify):* Civil Code Sec. 1946.2(b)(1)(G)

    b.  ☐ is subject to the Tenant Protection Act of 2019.

8.  *(Complete only if item 7b is checked. Check all applicable boxes.)*

    a.  ☒ The tenancy was terminated for at-fault just cause (Civil Code, § 1946.2(b)(1)).

    b.  ☐ The tenancy was terminated for no-fault just cause (Civil Code, § 1946.2(b)(2)) and the plaintiff *(check one)*

    (1)  ☐ waived the payment of rent for the final month of the tenancy, before the rent came due, under section 1946.2(d)(2), in the amount of  $

    (2)  ☐ provided a direct payment of one month's rent under section 1946.2(d)(3), equaling  $
         to *(name each defendant and amount given to each):* Santa Fe General Construction, Inc.

    c.  ☐ Because defendant failed to vacate, plaintiff is seeking to recover the total amount in 8b as damages in this action.

9.  a.  ☒ Defendant *(name each):* Jubilio Escalera; Santa Fe General Construction, Inc.

    was served the following notice on the same date and in the same manner:

    (1)  ☐ 3-day notice to pay rent or quit
    (2)  ☐ 30-day notice to quit
    (3)  ☐ 60-day notice to quit
    (4)  ☒ 3-day notice to quit

    (5)  ☐ 3-day notice to perform covenants or quit
         *(not applicable if item 7b checked)*
    (6)  ☐ 3-day notice to quit under Civil Code, § 1946.2(c)
         Prior required notice to perform covenants served *(date):*
    (7)  ☐ Other *(specify):*

**UD-100**

| PLAINTIFF: Tony Kian Djie and Monita Djie, as co-Trustees of the Tony and Monita Djie Family Trust | CASE NUMBER |
|---|---|
| DEFENDANT: Jubilio Escalera; Santa Fe General Construction, Inc. | |

9.  b.  (1)  On *(date):* 04/01/22                            the period stated in the notice checked in 9a expired at the end of the day.

        (2)  Defendants failed to comply with the requirements of the notice by that date.

    c.  All facts stated in the notice are true.

    d.  [ X ]  The notice included an election of forfeiture.

    e.  [ X ]  A copy of the notice is attached and labeled Exhibit 2. *(Required for residential property. See Code Civ. Proc., § 1166. When Civil Code, § 1946.2(c), applies and two notices are required, provide copies of both.)*

    f.  [   ]  One or more defendants were served (1) with the prior required notice under Civil Code, § 1946.2(c), (2) with a different notice, (3) on a different date, or (4) in a different manner, as stated in Attachment 10c. *(Check item 10c and attach a statement providing the information required by items 9a–e and 10 for each defendant and notice.)*

10.  a.  [ X ]  The notice in item 9a was served on the defendant named in item 9a as follows:

        (1)  [   ]  By personally handing a copy to defendant on *(date):*

        (2)  [   ]  By leaving a copy with *(name or description):*

        a person of suitable age and discretion, on *(date):*                            at defendant's

        [   ]  residence      [   ]  business    AND mailing a copy to defendant at defendant's place of residence

        on *(date):*                            because defendant cannot be found at defendant's residence or usual place of business.

        (3)  [ X ]  By posting a copy on the premises on *(date):* 03/29/22

        [   ]  AND giving a copy to a person found residing at the premises AND mailing a copy to defendant at the premises

        on *(date):*

        (a)  [   ]  because defendant's residence and usual place of business cannot be ascertained OR

        (b)  [ X ]  because no person of suitable age or discretion can be found there.

        (4)  [   ]  *(Not for 3-day notice; see Civil Code, § 1946, before using)* By sending a copy by certified or registered mail addressed to defendant on *(date):*

        (5)  [   ]  *(Not for residential tenancies; see Civil Code, § 1953, before using)* In the manner specified in a written commercial lease between the parties

    b.  [   ]  *(Name):*

    was served on behalf of all defendants who signed a joint written rental agreement.

    c.  [   ]  *Information about service of notice on the defendants alleged in item 9f is stated in Attachment 10c.*

    d.  [ X ]  *Proof of service of the notice in item 9a is attached and labeled Exhibit 3.*

11.  [   ]  *Plaintiff demands possession from each defendant because of expiration of a fixed-term lease.*

12.  [   ]  *At the time the 3-day notice to pay rent or quit was served, the amount of rent due was  $*

13.  [ X ]  *The fair rental value of the premises is  $ 66.67                            per day.*

14.  [   ]  *Defendant's continued possession is malicious, and plaintiff is entitled to statutory damages under Code of Civil Procedure section 1174(b). (State specific facts supporting a claim up to $600 in Attachment 14.)*

15.  [ X ]  *A written agreement between the parties provides for attorney fees.*

16.  [   ]  *Defendant's tenancy is subject to the local rent control or eviction control ordinance of  (city or county, title of ordinance, and date of passage):*



    Plaintiff has met all applicable requirements of the ordinances.

17.  [ X ]  *Other allegations are stated in Attachment 17.*

18.  Plaintiff accepts the jurisdictional limit, if any, of the court.

---

UD-100 [Rev. September 1, 2020]                    **COMPLAINT—UNLAWFUL DETAINER**                    Page 3 of 4

| PLAINTIFF: Tony Kian Djie and Monita Djie, as co-Trustees of the Tony and Monita Djie Family Trust | CASE NUMBER: |
|---|---|
| DEFENDANT: Jubilio Escalera; Santa Fe General Construction, Inc. | |

19. **PLAINTIFF REQUESTS**

a.  possession of the premises.
b.  costs incurred in this proceeding.
c.  ☐ past-due rent of $
d.  ☒ reasonable attorney fees.
e.  ☒ forfeiture of the agreement.

f.  ☐ damages in the amount of waived rent or relocation assistance as stated in item 8: $
g.  ☐ damages at the rate stated in item 13 from
   *date:*

for each day that defendants remain in possession through entry of judgment.
h.  ☐ statutory damages up to $600 for the conduct alleged in item 14.
i.  ☐ other *(specify):*

20. ☒ Number of pages attached *(specify):*   11

**UNLAWFUL DETAINER ASSISTANT** (Bus. & Prof. Code, §§ 6400–6415)

21. ☒ *(Complete in all cases.)* An unlawful detainer assistant ☒ did not ☐ did
for compensation give advice or assistance with this form. *(If declarant has received any help or advice for pay from an unlawful detainer assistant, complete a–f.)*

a.  Assistant's name:
b.  Street address, city, and zip code:

c.  Telephone no.:
d.  County of registration:
e.  Registration no.:
f.  Expires on *(date):*

Date: 04/08/22

John H. Woo, Esq.
(TYPE OR PRINT NAME)

► *(signature)*
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

**VERIFICATION**

*(Use a different verification form if the verification is by an attorney or for a corporation or partnership.)*

I am the plaintiff in this proceeding and have read this complaint. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 04/08/22

Tony Djie
(TYPE OR PRINT NAME)

► *(signature)*
(SIGNATURE OF PLAINTIFF)

# EXHIBIT B

**This page is part of your document - DO NOT DISCARD**



# 20220411747



**Pages: 0005**

**Recorded/Filed in Official Records**
**Recorder's Office, Los Angeles County, California**

**04/13/22 AT 02:12PM**

| | |
|---|---|
| FEES: | 31.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 31.00 |



**L E A D S H E E T**



202204133240024

00022206695



013320006

**SEQ:**
**01**

SECURE - Daily



**THIS FORM IS NOT TO BE DUPLICATED**

E629179

E13-20220412... ...69



RECORDING REQUESTED BY

**BNY MELLON BANK**

AND WHEN RECORDED MAIL DOCUMENT TO:

BNY MELLON BANK
2901 N RAINBOW BLVD,
LAS VEGAS, NV 89108

---

SPACE ABOVE FOR RECORDER'S USE ONLY

## GRANT DEED

---

### Title of Document

Pursuant to Senate Bill 2 – Building Homes and Jobs Act (GC Code Section 27388.1), effective January 1, 2018, a fee of seventy-five dollars ($75.00) shall be paid at the time of recording of every real estate instrument, paper, or notice required or permitted by law to be recorded, except those expressly exempted from payment of recording fees, per each single transaction per parcel of real property. The fee imposed by this section shall not exceed two hundred twenty-five dollars ($225.00).

☐ Exempt from fee per GC 27388.1 (a) (2); recorded concurrently "in connection with" a transfer subject to the imposition of documentary transfer tax (DTT).

☒ Exempt from fee per GC 27388.1 (a) (2); recorded concurrently "in connection with" a transfer of real property that is a residential dwelling to an owner-occupier.

☐ Exempt from fee per GC 27388.1 (a) (1); fee cap of $225.00 reached.

☐ Exempt from the fee per GC 27388.1 (a) (1); not related to real property.

**THIS COVER SHEET ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION ($3.00 Additional Recording Fee Applies)**

Recording requested by: **BNY MELLON BANK**
& When recorded, mail this deed and tax

statements to: BNY Mellon Bank

2901 N RAINBOW Blvd,

LAS VEGAS, NV 89108

For recorder's use

APN: 2214-026-015          **GRANT DEED**

*this is    gift and the grantor Received veraus 11930=*

THE UNDERSIGNED GRANTOR(S) DECLARE(S) DOCUMENTARY TRANSFER TAX IS, $0.00  [GIFT]

[ ]     Computed on full value of property conveyed, or
[ ]     Computed on full value of items or encumbrances remaining at time of sale,
[x]     The property is located in the City of Los Angeles, California.

**FOR VALUABLE CONSIDERATION**, receipt of which is hereby acknowledged,

**Tony Kian Djie and Monita Djie, as co-Trustees of the Tony and Monita Djie Family**

**Trust, U/A dated October 24ᵗʰ 2014.**

hereby grant to **BNY MELLON BANK,**  The real property in the City of LOS ANGELES,

County of Los Angeles, State of California, described as: LEGAL DESCRIPTION ATTACHED

HERETO AS EXHIBIT "A" AND MADE A PART HERE OF

**& COMMONLY KNOWN AS: 7911 VENTURA CANYON WAY, PANORAMA CITY CA 91402**

Date: **MARCH 23ʳᵈ 2022**

Tony Kian, co-Trustor of the Tony and Monita Djie Family Trust

Monita Djie, co-Trustee of the Tony and Monita Djie Family Trust

# EXHIBIT A

### LEGAL DESCRIPTION

Real property in the City of Los Angeles, County of Los Angeles, State of California, described as follows:

THE EAST 300 FEET OF THE NORTH 66 FEET OF LOT 129 IN TRACT NO. 1212, AS PER MAP RECORDED IN BOOK 18 PAGES 126 AND 127 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPT ALL MINERALS, OIL, COAL, PETROLEUM AND KINDRED SUBSTANCES AND NATURAL GAS UNDER AND IN SAID LAND AS RESERVED IN DEED RECORDED JANUARY 15, 1927, IN BOOK 4733, PAGE 267, OFFICIAL RECORDS

and more commonly known as 7911 Ventura Canyon Way, Panorama City, CA 91402.

TAX PARCEL NUMBER: 2214-026-015

## ACKNOWLEDGMENT ·

A notary public or other officer completing this
certificate verifies only the identity of the individual
who signed the document to which this certificate is
attached, and not the truthfulness, accuracy, or
validity of that document.

State of California
County of _____ *LOS ANGELES* _____ )

On _*03/23/2022*_ before me, *SOPHIA TUPPER, NOTARY PUBLIC*
                                    (insert name and title of the officer)

personally appeared *TONY KIAN AND MONITA DJIE* _____,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ *Sophia Tupper* _____    **(Seal)**

**SOPHIA TUPPER**
CJ### 82283###
NOTARY PUBLIC CALIFORNIA
SANTA CLARA COUNTY
My Comm. Expires 11/11/2022